UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MOISES GOMEZ-GASCA,

    Plaintiff,

v.

FUTURE AG MANAGEMENT, INC., et al.,

    Defendants.

Case No. 19-cv-02359-YGR

**CASE MANAGEMENT AND PRETRIAL**

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court hereby sets the following trial and pretrial dates:

## PRETRIAL SCHEDULE

| | |
|---|---|
| CASE MANAGEMENT CONFERENCE: | Monday, February 24, 2020 at 2:00 p.m. |
| REFERRED TO ADR FOR PRIVATE MEDIATION TO BE COMPLETED BY: | January 21, 2020 |
| LAST DAY TO JOIN PARTIES OR AMEND PLEADINGS: | Plaintiff by 10/10/19; Defense response to amended complaint by 10/18/19 |
| NON-EXPERT DISCOVERY CUTOFF: | July 30, 2020 |
| DISCLOSURE OF EXPERT REPORTS: ALL EXPERTS, RETAINED AND NON-RETAINED MUST PROVIDE WRITTEN REPORTS COMPLIANT WITH FRCP 26(A)(2)(B): | Opening: August 21, 2020<br>Rebuttal: September 11, 2020 |
| EXPERT DISCOVERY CUTOFF: | October 5, 2020 |
| DISPOSITIVE MOTIONS[1] / DAUBERT MOTIONS TO BE HEARD BY: | August 18, 2020 |
| COMPLIANCE HEARING (*SEE* PAGE 2) | Friday, October 30, 2020 at 9:01 a.m. |
| JOINT PRETRIAL CONFERENCE STATEMENT: | November 6, 2020 |
| PRETRIAL CONFERENCE: | Friday, November 20, 2020 at 9:00 a.m. |

---

[1] *See* Standing Order regarding Pre-filing Conference Requirements for motions for summary judgment.

| TRIAL DATE AND LENGTH: | Monday, December 7, 2020 at 8:30 a.m. (Jury Trial) |
|---|---|

Pursuant to the Court's Pretrial Instructions in Civil Cases at Section 2, trial counsel shall meet and confer in advance of the Pretrial Conference. The compliance hearing on Friday, October 30, 2020 at 9:01 a.m. is intended to confirm that counsel have reviewed the Court's Pretrial Setting Instructions and are in compliance therewith. The compliance hearing shall be held in the Federal Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 1. Five (5) business days prior to the date of the compliance hearing, the parties shall file a one-page JOINT STATEMENT confirming they have complied with this requirement or explaining their failure to comply. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar. Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion. Failure to do so may result in sanctions.

The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures. All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

**IT IS SO ORDERED.**

Dated: September 19, 2019

_____
YVONNE GONZALEZ ROGERS
United States District Judge